MERRITT, Circuit Judge,
concurring.
I concur in Judge Cole’s opinion. In essence, we are simply following the Supreme Court’s ex post facto opinion in Garner v. Jones, 529 U.S. 244, 250, 120 S.Ct. 1362,146 L.Ed.2d 236 (2000), holding that a prisoner must allege and then show that a new state law creates a substantial “risk” of increasing the time the prisoner must serve. The prisoner has clearly so alleged in this case in his complaint and in his objections to the magistrate’s repox-t. The District Coux-t exToneously dismissed the claim under Rule 12(b)(6). The prisoner should now have an opportunity to prove his claim in accordance with standard trial procedures.